**Order entered October 29, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00123-CV

## IN THE INTEREST OF K.B., A CHILD

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-08-04995**

### ORDER

Before the Court is appellee's October 28, 2020 unopposed motion for extension of time to file his amended brief. We **GRANT** the motion and **ORDER** the amended brief be filed no later than December 4, 2020.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE